UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHERINE BURR,

     Plaintiff,

v.

                                Case No: 8:17-CV-596-T-27AAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____/

## ORDER

The Court has been advised by the mediator that this case has been settled (Dkt. 15). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

     **DONE AND ORDERED** this _5th_ day of October, 2017.

                                          JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record